## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Lauren M. Vieth, am a Special Agent with the United States Capitol Police, Investigations Division, Threat Assessment Section, 119 D. Street, N.E., Washington, D.C. I submit this Statement of Facts in support of a complaint charging ANIRUDDHA SHERBOW with transmission of threats in interstate commerce in violation of 18 U.S.C. § 875(c).

1. I have been a Special Agent with United States Capitol Police since February 2008, and am currently assigned to the Threat Assessment Section. The United States Capitol Police is, among other duties, responsible for investigating threats made against members of Congress. In 2006, I obtained a Bachelor's Degree in Criminology and Justice Studies from The College of New Jersey in Ewing, New Jersey. I attended Uniformed Police Training in 2008 and Criminal Investigations Training in 2013 at the Federal Law Enforcement Training Center in Brunswick, Georgia, and have received other relevant training regarding Criminal Investigations.

2. The facts set forth herein are based on information that I have obtained from my personal involvement in this investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Because this affidavit is being submitted for a limited purpose, I have not set forth all of the information known to me concerning this investigation. Instead, I have set forth information that I believe to be sufficient to establish probable in support of the government's application for a complaint.

3. Since approximately February 2011, Aniruddha Sherbow has been harassing Congresswoman Tulsi Gabbard, including making threats via email and telephone.

4. On August 1, 2013, at approximately 8:30 a.m., Sherbow called the cellular telephone of Congresswoman Gabbard. He left a voicemail message in which he stated, in part:

"So let me make something very fucking clear to you, you stupid little bitch, what's gonna happen is that I'm gonna find you, I'm gonna mash your fucking face into a fucking pulp, and then I'm gonna fucking kill you." Congresswoman Gabbard was able to identify the caller who left the voicemail message as Sherbow, as she was familiar with his voice from previous interactions. Congresswoman Gabbard was in Washington, D.C., when she received the threatening message. Sherbow's parents have reported that he was in Mexico at the time of the call, and this is corroborated by his PayPal transactional records.

5. On August 5, 2013, Sherbow's mother, Arlene Sherbow, listened to a recording of Sherbow's voicemail message of August 1, 2013. Ms. Sherbow stated that the caller "sounded like Rudy." Ms. Sherbow refers to her son as "Rudy."

6. On August 3, 2013, Sherbow, identifying himself by name, sent an e-mail to multiple media outlets and the FBI, some of which are located in Washington, D.C. The subject of the e-mail was "Cutting Off Tulsi Gabbard's Head." The body of the e-mail included the following:

> In the first vow to kill Tulsi, it was only if she came back to the mainland US. She was cool in Hawaii, or anywhere else in the world. After my two-and-half-year pounding, however, I think I am ready to tighten that vow up, so that it includes everywhere. Resistance is futile. So here it is:
>
> *"I, Aniruddha Sherbow, with the Divine as my witness, do hereby solemnly vow to find Tulsi Gabbard, wheresoever she may be, and to sever her head from her body."*

Sherbow's email of August 3, 2013 (emphasis added).

On August 5, 2013, Sherbow's father, Paul Sherbow, stated that he received the email of August 3, 2013, and confirmed that it had been sent by his son.

_____
Lauren M. Vieth
Special Agent
United States Capitol Police


SUBSCRIBED AND SWORN TO before me this \_\_\_\_ day of August 2013, at Washington D.C.


_____
United States Magistrate Judge

3