UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 9, 2012

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 13-cr-00271 (RBW) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **ANIRUDDHA SHERBOW** | : | 18 U.S.C. § 875 (c) |
| | : | (Transmission of Threats in Interstate |
| | : | Commerce) |
| | : | |
| | : | 18 U.S.C. § 2261A(2) |
| | : | 18 U.S.C. § 2261(b) |
| | : | (Stalking in Violation of Protective |
| | : | Order) |
| | : | |

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 1, 2013, in the District of Columbia and elsewhere, the defendant, **ANIRUDDHA SHERBOW**, did knowingly and willfully transmit in interstate and foreign commerce to the District of Columbia from outside thereof, a threat to injure United States Representative Tulsi Gabbard via telephone, stating, in part, "So let me make something very fucking clear to you, you stupid little bitch, what's gonna happen is that I'm gonna find you, I'm gonna mash your fucking face into a fucking pulp, and then I'm gonna fucking kill you."

**(Transmission of Threats in Interstate Commerce in violation of Title 18, United States Code, Section 875(c))**

## COUNT TWO

On or about August 3, 2013, in the District of Columbia and elsewhere, the defendant, **ANIRUDDHA SHERBOW**, did knowingly and willfully transmit in interstate and foreign commerce to the District of Columbia from outside thereof, a threat to injure United States Representative Tulsi Gabbard via e-mail to the Federal Bureau of Investigation and others, stating, in part, "I, Aniruddha Sherbow, with Divine as my witness, do hereby solemnly vow to find Tulsi Gabbard, wheresoever she may be, and to sever her head from her body."

**(Transmission of Threats in Interstate Commerce in violation of Title 18, United States Code, Section 875(c))**

## COUNT THREE

On or about August 17, 2013, in the District of Columbia and elsewhere, the defendant, **ANIRUDDHA SHERBOW**, did knowingly and willfully transmit in interstate and foreign commerce to the District of Columbia from outside thereof, a threat to injure United States Representative Tulsi Gabbard via telephone, stating, in part, "Let me make it very fucking clear: There's going to be fucking pain for you bitch. You got it? It's coming every fucking day!"

**(Transmission of Threats in Interstate Commerce in violation of Title 18, United States Code, Section 875(c))**

## COUNT FOUR

From in or around February 2013 through in or around August 2013, in the District of Columbia and elsewhere, the defendant, **ANIRUDDHA SHERBOW**, with the intent (1) to injure, harass, and cause substantial emotional distress to United States Representative Tulsi Gabbard, who was in another State and territorial jurisdiction of the United States; and (2) to place United States Representative Tulsi Gabbard, who was in another State and territorial jurisdiction of the United States, in reasonable fear of death and serious bodily injury, and in violation of a temporary and permanent civil protective order, did use the mail, an interactive computer service, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused substantial emotional distress to United States Representative Tulsi Gabbard and placed her in reasonable fear of death and serious bodily injury.

**(Stalking in Violation of a Protective Order, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b))**

                                      **A TRUE BILL**

                                      **FOREPERSON**

**Attorney of the United States**
**In and for the District of Columbia**